Statement of Facts—Opinion of the Court. [72 Pa. Superior Ct.

Colley, H. S. A. Stewart, and Charles A. Fagan, Receivers of Pittsburgh Railway Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion, this day filed in No. 71, April Term, 1919, the order of the Public Service Commission is approved. Appellant for costs.

PORTER and HENDERSON, JJ., dissent.

---

City of McKeesport, Appellant, *v.* The Public Service Commission et al.

Argued December 4, 1918. Appeal, No. 83, April T., 1919, by City of McKeesport, from the order of the Public Service Commission of the Commonwealth of Pennsylvania, Complaint Docket No. 1887, in the case of the City of McKeesport v. The Public Service Commission of the Commonwealth of Pennsylvania on appeal and the Pittsburgh Railways Company and James D. Colley, H. S. A. Stewart and Charles A. Fagan, Receivers of the Pittsburgh Railway Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion, this day filed in No. 71, April Term, 1919, the order of the Public Service Commission is approved. Appellant for costs.

PORTER and HENDERSON, JJ., dissent.